IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
CIVIL ACTION NO. 1:24-cv-00101

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) NOTICE OF APPEARANCE |
| KATELYN MEDEIROS, in her official capacity as Acting Child Advocate, THE OFFICE OF THE CHILD ADVOCATE, | ) ) ) ) ) |
| Defendant. | ) ) ) |

Now comes the undersigned, Kristine L. Sullivan, and gives notice of appearance in this matter as counsel for Plaintiff, Disability Rights Rhode Island.

Respectfully submitted, this 15th day of March, 2024.

/s/ Kristine L. Sullivan_____
Kristine L. Sullivan, R.I. State Bar No. 10556
DISABILITY RIGHTS RHODE ISLAND
33 Broad Street, Suite 601
Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: ksullivan@drri.org

2

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, the foregoing NOTICE OF APPEARANCE was filed with the United States District Court for the District of Rhode Island using the CM/ECF system and sent by e-mail to the following recipients.


/s/ Kristine L. Sullivan

Recipients:

Miriam Weizenbaum
Chief, Civil Division
R.I. Office of the Attorney General
150 South Main St.
Providence, RI 02903
(401) 722-4924
mweizenbaum@riag.ri.gov


Katelyn Medeiros
Acting Child Advocate
Office of the Child Advocate
6 Cherrydale Court
Cottage 43
Cranston, RI 02920
(401) 462-4300
Katelyn.medeiros@doa.ri.gov