UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DISABILITY RIGHTS RHODE ISLAND, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. No. 1:24-cv-00101-WES-PAS |
| KATELYN MEDEIROS in her official capacity as Acting Child Advocate, THE OFFICE OF THE CHILD ADVOCATE, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ENTRY OF APPEARANCE**

NOW COMES, Shannon L. Haibon, Special Assistant Attorney General, and hereby enters her appearance on behalf of Defendants, Katelyn Medeiros in her official capacity as Acting Child Advocate, and the Office of the Child Advocate.

1

2

Respectfully submitted,

Defendants,

KATELYN MEDEIROS in her official capacity as Acting Child Advocate, and THE OFFICE OF THE CHILD ADVOCATE

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Shannon L. Haibon*
Shannon L. Haibon, Bar No. 9860
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2018
Fax: (401) 222-2995
shaibon@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document through the ECF filing system on this 12th day of April, 2024 and that it is available for viewing and downloading.

*/s/ Shannon L. Haibon*